Query Reports Utilities Help What's New Log Out

CLOSED

# U.S. District Court
# Western District of Kentucky (Louisville)
# CRIMINAL DOCKET FOR CASE #: 3:26-mj-00628-LLK All Defendants

26-mj-1352-1 ED OF PA

Case title: USA v. Kapfhammer

Date Filed: 07/16/2026

Date Terminated: 07/21/2026

---

Assigned to: Magistrate Judge Lanny King

**Defendant (1)**

**Brandon Kapfhammer**
*TERMINATED: 07/21/2026*
*also known as*
Brandon Hiser
*TERMINATED: 07/21/2026*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| Removal from Eastern District of Pennsylvania | |

---

**Plaintiff**

**USA** represented by **Joshua D. Judd**
U.S. Attorney Office - Louisville
717 W. Broadway
Louisville, KY 40202
502-625-7049
Email: joshua.judd@usdoj.gov

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Date Filed** | **#** | **Docket Text** |
|---|---|---|
| 07/16/2026 | | Arrest (Rule 5) of Brandon Kapfhammer (MNM) (Entered: 07/16/2026) |
| 07/16/2026 | 1 | Rule 5 Documents Received from Eastern District of Pennsylvania, Case Number 26-mj-1352, as to Brandon Kapfhammer (MNM) (Entered: 07/16/2026) |
| 07/16/2026 | 2 | Case Assignment (Random Selection): Case Assigned to Magistrate Judge Lanny King. (MNM) (Entered: 07/16/2026) |
| 07/16/2026 | | Proceedings held before Magistrate Judge Lanny King: Initial Appearance in Rule 5(c)(3) Proceedings as to Brandon Kapfhammer held on 7/16/2026. (Digitally Recorded.) cc: Counsel (MNM) (Entered: 07/17/2026) |
| 07/16/2026 | | Proceedings held before Magistrate Judge Colin H. Lindsay: Preliminary Hearing and Detention Hearing as to Brandon Kapfhammer held on 7/16/2026. (Court Reporter: Digitally Recorded) (HMC) (Entered: 07/21/2026) |
| 07/17/2026 | 3 | ORDER FOLLOWING INITIAL APPERANCE signed by Magistrate Judge Lanny King on 7/17/2026 as to Brandon Kapfhammer. IT IS HEREBY ORDERED the Federal Defender's Office in the Western District of Kentucky is appointed to represent the defendant for the proceedings in this district only. Preliminary and Detention Hearing set for 7/17/2026 at 2:00 PM Eastern time in Louisville Courtroom before Magistrate Judge Colin H. Lindsay. IT IS HEREBY ORDERED the defendant is remanded to the custody of the United States Marshal pending the scheduled hearings in this district. cc: Counsel, FPD, USMS, USPO (MNM) (Entered: 07/17/2026) |
| 07/21/2026 | 4 | ORDER by Magistrate Judge Colin H. Lindsay on 07/20/2026 as to Brandon Kapfhammer re Preliminary Hearing and Detention Hearing. The defendant, through counsel, elected to waive his right to a preliminary hearing. The defendant, through counsel, elected to waive his right to a detention hearing in this district and requested that the detention hearing be held in the charging district. The defendant is remanded to custody of United States Marshals Service pending transport to the Eastern District of Pennsylvania. cc: Counsel, Federal Defender, USM, Eastern District of Pennsylvania (HMC)<br><br>NOTICE TO RECEIVING COURT OF CRIMINAL CASE TRANSFER<br><br>NOTICE to Eastern District of Pennsylvania of a Rule 5 or Rule 32 Initial Appearance as to defendant Brandon Kapfhammer. Your case number is: 26-mj-1352. Using your PACER account, you may retrieve the docket sheet and any documents via the case number link. If you require certified copies of any documents, please send a request to KYWDml_CRAssignment@kywd.uscourts.gov. (Entered: 07/21/2026) |
| 07/21/2026 | 5 | COMMITMENT TO ANOTHER DISTRICT by Magistrate Judge Colin H. Lindsay on 07/20/2026 as to Brandon Kapfhammer. Defendant committed to District of Eastern District of Pennsylvania. cc: Counsel, Federal Defender, USM, Eastern District of Pennsylvania (HMC) (Entered: 07/21/2026) |

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CRIMINAL CASE NUMBER: 3:26MJ-00628-LLK**

**UNITED STATES OF AMERICA** **PLAINTIFF**

**v.**

**BRANDON KAPFHAMMER** **DEFENDANT**
**a/k/a BRANDON HISER**

**ORDER FOLLOWING INITIAL APPEARANCE**

The above-styled case came before the Honorable Lanny King, United States Magistrate Judge, via video teleconference, on July 16, 2026, for an initial appearance on a Criminal Complaint and Affidavit in Support filed in the Eastern District of Pennsylvania, with Case Number 26-mj-1352.

The defendant was present, in custody, and appeared via video teleconference from the Oldham County Detention Center. Assistant United States Attorney Joshua D. Judd was present, via video teleconference, on behalf of the United States. Angela M. Rea, Federal Defender, was present, via video teleconference, and on standby in anticipation of her office's appointment. The proceedings were digitally recorded.

The Court advised the defendant of his right to have this hearing held in person rather than through video teleconference. The defendant acknowledged he understood this right and consented to proceed via video teleconference.

At the initial appearance, the defendant was advised of his constitutional rights pursuant to Rule 5 of the Federal Rules of Criminal Procedure, including his right to court appointed counsel. The defendant acknowledged he understood these rights as explained to him. The defendant requested court appointed counsel as he is without sufficient financial resources with which to retain counsel. Upon questioning the defendant under oath, the Court determined that the defendant qualified for counsel pursuant to 18 U.S.C. § 3006A.

**IT IS HEREBY ORDERED** the **Federal Defender's Office** in the Western District of Kentucky is **appointed** to represent the defendant for the proceedings in this district only. The defendant will need to request court appointed counsel whenever he appears before the Court in the Eastern District of Pennsylvania.

The defendant acknowledged his identity and receipt of a copy of the Criminal Complaint and Affidavit. The Court advised the defendant of the offenses that he is charged with in the Criminal Complaint and a summary of the allegations

At the hearing, the Assistant United States Attorney, the defendant, and the defendant's counsel were advised that pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to produce all exculpatory evidence to the defendant pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and orders it to do so. Failing to do so in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, or sanctions by the Court.

As to the matter of detention, counsel for the United States moved for the defendant's detention pursuant to 18 U.S.C. § 3142(f)(2).

The defendant, through counsel, waived his right to an identity hearing and production of the warrant. Both waivers were accepted by the Court. The defendant, through counsel, requested a preliminary hearing and detention hearing be held in this district.

**IT IS HEREBY ORDERED** that the preliminary hearing and detention hearing shall be held contemporaneously with each other before Magistrate Judge Colin H. Lindsay for **Friday, July 17, 2026, at 2:00 p.m. Eastern Time**, at the United States District Court in Louisville, Kentucky.

**IT IS HEREBY ORDERED** the defendant is **remanded** to the custody of the United States Marshal pending the scheduled hearings in this district.

July 17, 2026

**Lanny King, Magistrate Judge**
**United States District Court**

C: AUSA Joshua D. Judd
Federal Defender
United States of Probation
United States Marshal

P:0/15
LLK-mhb

# United States District Court
# Western District of Kentucky
# at Louisville

**UNITED STATES OF AMERICA** **PLAINTIFF**

**VS.** **CRIMINAL ACTION NUMBER: 3:26-MJ-628-LLK**

**BRANDON KAPFHAMMER** **DEFENDANT**

## <u>ORDER</u>

This matter was called July 16, 2026, for a preliminary and detention hearing on a Complaint from the Eastern District of Pennsylvania (Case Number 26-mj-1352). Assistant United States Attorney Josh Judd appeared on behalf of the United States. The defendant appeared, in custody, with Don Meier, Assistant Federal Defender, appointed counsel. The proceeding was digitally recorded.

The defendant, through counsel, elected to waive his right to a preliminary hearing. The defendant, through counsel, elected to waive his right to a detention hearing in this district and requested that the detention hearing be held in the charging district. Accordingly,

**IT IS HEREBY ORDERED** that the defendant is remanded to custody of United States Marshals Service pending transport to the Eastern District of Pennsylvania.

July 20, 2026

Colin H Lindsay, Magistrate Judge
United States District Court

cc: counsel, USM-WKDY, USDC EDPA

:03

AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT

for the

Western District of Kentucky

United States of America
v.
BRANDON KAPFHAMMER

*Defendant*

Case No. 3:26MJ-628-LLK

Charging District's
Case No. 26-MJ-1352

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the EASTERN District of PENNSYLVANIA, *(if applicable)* ________ division. The defendant may need an interpreter for this language: ________.

The defendant: ☐ will retain an attorney.
☑ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: July 20, 2026

Colin H Lindsay, Magistrate Judge
United States District Court