**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>**Plaintiff,**<br>**vs.**<br>**BRANDON KAPFHAMMER,**<br>**Defendant.** | **Criminal No. 2:26-MJ-01352-1-UA-LS** |

**ORDER APPOINTING COUNSEL**

The Court, upon a showing that the defendant is financially unable to employ counsel and does not wish to waive his/her right to the appointment of counsel, Attorney Megan J Davies is appointed as counsel as counsel for defendant, Brandon Kapfhammer pursuant to the provisions of the Criminal JusticeAct, 18 U.S.C. §3006A.

This appointment is effective the 11th day of August, 2026.

*s/Katayoun M. Copeland*
KATAYOUN M. COPELAND
U.S. MAGISTRATE JUDGE